UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,  :
:
              -against-  :  17-CR-73 (VEC)
:
JOSHUA PEREZ,  :  ORDER
                      Defendant.  :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on November 26, 2024, the parties appeared before Magistrate Judge Moses for presentment.

    IT IS HEREBY ORDERED that the parties must appear before the Court for an initial conference on **Thursday, December 12, 2024, at 3:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date: December 2, 2024**
**New York, NY**

                                                   **VALERIE CAPRONI**
                                           **United States District Judge**