UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                               :

UNITED STATES OF AMERICA,            :

                -against-           :           17-CR-73 (VEC)

JOSHUA PEREZ,                         :           <u>ORDER</u>
                          Defendant.    :

-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that the conference scheduled for Thursday, December 12, 2024, at 3:30 P.M. is ADJOURNED by one hour. The parties must appear before the Court for an initial conference on **Thursday, December 12, 2024, at 4:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date:  December 6, 2024
          New York, NY

                                                        **VALERIE CAPRONI**
                                                        **United States District Judge**