UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
                -against- : 17-CR-73 (VEC)
:
JOSHUA PEREZ, : ORDER
                        Defendant. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that the conference scheduled for Thursday, December 12, 2024, is ADJOURNED to **Thursday, December 19, 2024, at 11:30 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date:  December 10, 2024
        New York, NY

                                                **VALERIE CAPRONI**
                                     **United States District Judge**