UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                :
:
           -against-              :     17-CR-73 (VEC)
:
JOSHUA PEREZ,                            :     <u>ORDER</u>
                  Defendant.     :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on December 19, 2024, the parties appeared for an arraignment and initial conference at which Mr. Perez entered a plea of not guilty to the specifications set forth in the August 7, 2024, report from Probation alleging violations of the terms of supervised release.

    IT IS HEREBY ORDERED that the parties must appear before the Court for a status conference on **Thursday, January 23, 2025, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date: December 19, 2024
      New York, NY

                                             **VALERIE CAPRONI
                                             United States District Judge**