UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
        -against- : 17-CR-73 (VEC)
:
JOSHUA PEREZ, : ORDER
                      Defendant. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    IT IS HEREBY ORDERED that the parties must appear for a status conference on **Tuesday, March 18, 2025, at 4:00 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date:  January 23, 2025**
      **New York, NY**
                                                  **VALERIE CAPRONI**
                                                 **United States District Judge**