UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                                  :
  UNITED STATES OF AMERICA,                                       :
                                                                  :
              -against-                                           :        17-CR-73 (VEC)
                                                                  :
  JOSHUA PEREZ,                                                   :        ORDER
                                        Defendant.                :
                                                                  :
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        IT IS HEREBY ORDERED that the status conference scheduled for March 18, 2025, is

ADJOURNED to **Monday, March 24, 2025, at 11:00 A.M.** in Courtroom 20C of the Daniel

Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.


**SO ORDERED.**

**Date:  March 17, 2025**
**      New York, NY**

_____
        **VALERIE CAPRONI**
        **United States District Judge**