UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                   :
:
            -against-                    :    17-CR-73 (VEC)
:
JOSHUA PEREZ,                               :    <u>ORDER</u>
                    Defendant.       :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    IT IS HEREBY ORDERED that the parties must appear for a status conference on **Thursday, May 22, 2025, at 10:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

    IT IS FURTHER ORDERED that Probation must submit a status report not later than **Thursday, May 15, 2025**.

**SO ORDERED.**

**Date:  March 24, 2025**
**New York, NY**

                                        **VALERIE CAPRONI**
                                        **United States District Judge**