UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
                  -against-                               :   17-CR-73 (VEC)
                                                                  :
JOSHUA PEREZ,                                                     :   ORDER
                             Defendant.            :
                                                                  :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that the parties must appear for a status conference on **Thursday, August 21, 2025, at 11:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

Date:  May 22, 2025
       New York, NY

                                                 **VALERIE CAPRONI**
                                         **United States District Judge**