UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                -against-                               17-CR-73 (VEC)

   JOSHUA PEREZ,                                   <u>ORDER</u>
                           Defendant.

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       IT IS HEREBY ORDERED that the status conference scheduled for August 21, 2025, is ADJOURNED to **Tuesday, August 26, 2025, at 3:00 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

Date:  August 20, 2025
         New York, NY

                                                         **VALERIE CAPRONI**
                                               **United States District Judge**