UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
                -against- : 17-CR-73 (VEC)
:
JOSHUA PEREZ, : <u>ORDER</u>
                         Defendant. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 26, 2025, the parties appeared before the Court for a status conference.

IT IS HEREBY ORDERED that the parties must appear for a conference on **February 26, 2026, at 2:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

IT IS FURTHER ORDERED that Probation must provide the Court with an update on Mr. Perez not later than **February 19, 2026**.  If Probation reports that Mr. Perez has continued to make progress, the Court may cancel the conference and dismiss the specifications set forth in the August 7, 2024, Violation Report.

**SO ORDERED.**

**Date:  August 27, 2025**                                                                     _____
       **New York, NY**                                                                            **VALERIE CAPRONI**
                                                                                      **United States District Judge**