UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                  :

UNITED STATES OF AMERICA,              :

                        :

            -against-              :          17-CR-73 (VEC)

                        :

JOSHUA PEREZ,                   :            ORDER

                    Defendant.    :

                        :

---------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the conference currently scheduled for February 26, 2026, is RESCHEDULED to **Monday, February 23, 2026, at 10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

IT IS FURTHER ORDERED that Probation must provide the Court with an update on Mr. Perez not later than **February 17, 2026**.  If Probation reports that Mr. Perez has continued to make progress, the Court may cancel the conference and dismiss the specifications set forth in the August 7, 2024, Violation Report.

**SO ORDERED.**

Date:  **February 10, 2026**
        **New York, NY**

_____
       **VALERIE CAPRONI**
      **United States District Judge**