UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
:
  UNITED STATES OF AMERICA,               :
:
              -against-            :        17-CR-73 (VEC)
:
  JOSHUA PEREZ,                   :         ORDER
                     Defendant.    :
:
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that the conference currently scheduled for February 23, 2026, at 10:30 A.M. is RESCHEDULED to **February 23, 2026, at 10:00 A.M.** in Courtroom 26A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.  **Please note that this is not Judge Caproni's normal courtroom.**

**SO ORDERED.**

Date:  **February 20, 2026**  
      **New York, NY**              **VALERIE CAPRONI**  
                                      **United States District Judge**