UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                       :

UNITED STATES OF AMERICA,          :

                                     :

          -against-         :         17-CR-73 (VEC)

                                     :

JOSHUA PEREZ,               :          ORDER

                     Defendant.    :

                                     :

-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 23, 2026, the courthouses in this District were closed due to inclement weather.

IT IS HEREBY ORDERED that the conference originally scheduled for February 23, 2026, is ADJOURNED *nunc pro tunc* to **Friday, February 27, 2026, at 2:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date: February 24, 2026**
     **New York, NY**

                                     **VALERIE CAPRONI**
                              **United States District Judge**