UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, -against- JOSHUA PEREZ, Defendant. | : | 17-CR-73 (VEC) ORDER |

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the parties must appear for a status conference on **Friday, July 31, 2026, at 10:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date: July 15, 2026**
**New York, NY**

Valerie Caproni

**VALERIE CAPRONI**
**United States District Judge**