UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| -against- | : | 17-CR-73 (VEC) |
| JOSHUA PEREZ, Defendant. | : | ORDER |

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the status conference currently scheduled on **Friday, July 31, 2026, at 10:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007 is hereby ADJOURNED to **Thursday, August 6, 2026, at 10:00 A.M**.

**SO ORDERED.**

**Date: July 20, 2026**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**