UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

UNITED STATES OF AMERICA,

-against-

JOSHUA PEREZ,

Defendant.

---------------------------------------------------------------- X

17-CR-73 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 6, 2026, the parties appeared for a conference, the Defendant was arraigned on the Violation of Supervised Release ("VOSR"), dated July 24, 2026, and Defendant pled not guilty.

IT IS HEREBY ORDERED that home detention is imposed as an additional condition of Mr. Perez's supervised release, and that Mr. Perez must submit to Probation for placement of an electronic ankle monitor.

IT IS HEREBY FURTHER ORDERED that the parties must appear for a status conference on **September 24, 2026 at 2:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date: August 6, 2026**
**New York, New York**

Valerie Caproni

**VALERIE CAPRONI**
**United States District Judge**