UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>JOSHUA PEREZ,<br>Defendant. | 17-CR-73 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the status conference currently scheduled on **Thursday, September 24, 2026 at 10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007 is hereby ADJOURNED to **Thursday, October 8, 2026, at 10:30 A.M**.

**SO ORDERED.**

**Date: September 8, 2026**
**New York, NY**

Valerie Caproni

**VALERIE CAPRONI**
**United States District Judge**