UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

JOSHUA PEREZ,

Defendant.

---------------------------------------------------------------X

17-CR-73 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the Parties must appear for a status conference on **Wednesday, October 28, 2026, at 10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date: October 8, 2026**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**