UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>JOSHUA PEREZ,<br>Defendant. | 17-CR-73 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 28, 2026, the Parties appeared for a status conference.

IT IS HEREBY ORDERED that the parties must appear for a status conference on **February 25, 2027 at 10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

IT IS FURTHER ORDERED that the special condition of home detention previously imposed by this Court on Mr. Perez's supervised release, *see* Dkt. 70, is hereby CANCELLED. Mr. Perez is no longer required to submit to electronic location monitoring.

**SO ORDERED.**

**Date: October 28, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**